**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**Cingular Wireless**

    Plaintiff,

      v.

**Valuedguest, Inc., et al**

    Defendants.

Civ. No. 03-1563(PG)

**ORDER**

Upon careful review of the Magistrate Judge's Report and Recommendation ("R&R")--to which no objections were filed--the Court hereby **APPROVES** and **ADOPTS** the Magistrate Judge's R&R (**Docket No. 18**) and **GRANTS** plaintiff's Motion for Attorneys' Fees (**Docket No. 10**). Accordingly, the Court hereby orders Defendants to pay an award of attorney's fees of $45,569.70 for work performed by the firm of Kilpatrick Stockton, plus $5,673.50 for work performed by the law firm of Pietrantoni, Mendez & Alvarez for a total of $51,243.20, with pre-judgment interest beginning on June 8, 2004.

IT IS SO ORDERED.

In San Juan, Puerto Rico, July 29, 2005.

                                            S/JUAN M. PEREZ-GIMENEZ
                                            U.S. District Judge